MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail:  andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0628 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| CURTIS LEE JOHNSON, JR., | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The status conference in this case, currently scheduled for January 9, 2013 at 2:15 p.m., may (with the Court's concurrence) be continued to February 13, 2013 at 2:15 p.m.

2. The period from January 9, 2013 through and including February 13, 2013 may be excluded from the otherwise applicable Speedy Trial Act computation because failure to grant the continuance as requested would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, the parties represent that, according to the San Francisco Police Department Crime Lab, DNA examination of key evidence in this case (including swabs from the two firearms charged in the pending indictment) will not be concluded until the end of

STIP. AND ORDER
CR 12-0628 MMC                           1

January 2013.  The parties further represent that the DNA test results in question will materially affect defense counsel's assessment of pretrial motions and the need for further investigation, as well as potential plea negotiations.

DATED:  January 8, 2013

MELINDA HAAG
United States Attorney

              /S/
ANDREW M. SCOBLE
Assistant United States Attorney

DATED:  January 8, 2013

              /S/
MICHAEL GAINES
Counsel for Defendant

## [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from January 9, 2013 through and including February 13, 2013 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to February 13, 2013 at 2:15 p.m. for further status.

2. The period from January 9, 2013 through and including February 13, 2013 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: January 8, 2013

HON. MAXINE M. CHESNEY
United States District Judge