1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   Assistant United States Attorney

5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102

6     Telephone: (415) 436-7200
      Fax: (415) 436-7234

7     E-Mail: andrew.scoble@usdoj.gov

8  Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 12-0628 RS
                                       )
14        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING HEARING DATE
15    v.                               )    AND EXCLUDING TIME UNDER
                                       )    SPEEDY TRIAL ACT
16  CURTIS LEE JOHNSON, JR.,           )
                                       )
17        Defendant.                   )
                                       )
    _____)
18

19                           STIPULATION

20        IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

21        The period from February 20, 2013 through and including March 12, 2013 may be

22  excluded from the otherwise applicable Speedy Trial Act computation because failure to grant

23  the continuance as requested would unreasonably deny the defendant continuity of counsel and

24  the reasonable time necessary for effective preparation, taking into account the exercise of due

25  diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  Specifically, the parties

26  represent that they request the continuance and stipulate to its appropriateness in light of:

27  District Judge Maxine M. Chesney's Order of Recusal and the subsequent reassignment of this

28  case to District Judge Richard Seeborg; the parties' ongoing need to assess the impact of the

STIP. AND ORDER
CR 12-0628 RS                              1

1    SFPD Crime Laboratory's report of DNA analysis (including the exclusion of the defendant as a

2    donor on DNA recovered from one of the firearms); the failure (due to government counsel's

3    misunderstanding) to obtain the presence of the defendant for an anticipated February 26, 2013

4    appearance; and defense counsel's limited unavailability due to his involvement in the defense of

5    two murder cases.

6     DATED: March 1, 2013                          MELINDA HAAG
                                                     United States Attorney
7

8                                                          /S/
                                                     ANDREW M. SCOBLE
9                                                    Assistant United States Attorney

10
     DATED:  March 1, 2013                                 /S/
11                                                   MICHAEL GAINES
                                                     Counsel for Defendant
12

13                              [PROPOSED] ORDER

14          Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of

15   justice served by granting a continuance from February 20, 2013 through and including March

16   12, 2013 outweigh the best interest of the public and the defendant in a speedy trial, and that

17   failure to grant such a continuance would unreasonably deny the defendant continuity of counsel

18   and the reasonable time necessary for effective preparation, taking into account the exercise of

19   due diligence.

20          Accordingly, THE COURT ORDERS THAT:

21          The period from February 20, 2013 through and including March 12, 2013 is excluded

22   from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C.

23   § 3161(h)(7)(A) & (B)(iv).

24          IT IS SO ORDERED.

25

26   DATED:  3/1/13

27                                                   HON. RICHARD SEEBORG
                                                     United States District Judge
28

STIP. AND ORDER
CR 12-0628 RS                              2