MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    FAX: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0628 RS |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| CURTIS LEE JOHNSON, JR., | |
| Defendant. | |

[PROPOSED] ORDER

The parties appeared before the Court on January 14, 2014.  Michael Gaines appeared for the defendant.  Assistant U.S. Attorney Andrew M. Scoble appeared on behalf of the government.  The parties reported their efforts to resolve the case short of trial and explained that they have identified several interrelated legal and factual issues which bear on the guidelines calculations and which thus materially affect the plea negotiations.  The parties requested a pre-plea Presentence Report (Criminal History only), and the defendant submitted a written request to that effect.  The parties jointly requested a continuance of the case to February 18, 2014 to allow them to research the appropriate factual and legal issues, and to obtain the benefit of the pre-plea report.  The parties agreed in open court that the period from January 14, 2014 through and including February 18, 2014 is properly excluded from the

ORDER EXCLUDING TIME
CR 12-0628 RS                                      1

otherwise applicable Speedy Trial Act computation because failure to grant the continuance as requested would deny counsel for the defendant, as well as counsel for the government, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Based upon the representations of the parties, and for good cause appearing, THE COURT FINDS THAT the ends of justice served by granting a continuance from January 14, 2014 through and including February 18, 2014 outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance would deny counsel for the defendant as well as counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1.   This case is continued to 2:30 p.m. on February 18, 2014 for further status.

2.   The period from January 14, 2014 through and including February 18, 2014 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 1/15/14

_____
HON. RICHARD SEEBORG
United States District Judge