```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  ANDREW M. SCOBLE (CABN 124940)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-7249
 7       FAX: (415) 436-7234
         andrew.scoble@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0628 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF HEARING AND EXCLUDING TIME |
| v. | |
| CURTIS LEE JOHNSON, JR., | |
| Defendant. | |

STIPULATION

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the date of the next scheduled hearing in this case, from February 18, 2014 at 2:30 p.m. to March 18, 2014 at 2:30 p.m., and excludes the period from February 18, 2014 to March 18, 2014 from the otherwise applicable calculation under the Speedy Trial Act.

The parties represent to the Court that defense counsel is involved in a lengthy preliminary hearing in state court; that it appears that the hearing may continue for several weeks further; that defense counsel has been ordered to be present in state court for that continuing preliminary hearing on February 18, 2014 (the date of the parties' next scheduled appearance in the above-entitled case); that defense counsel is thus unable to prepare effectively for further proceedings in the above-entitled case;

1  and that failure to grant the requested continuance would unreasonably deny defense counsel the
2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence,
3  and would unreasonably deny the defendant continuity of counsel.  Defense counsel further represents
4  that the defendant agrees to the requested exclusion of time under the Speedy Trial Act, 18 U.S.C.
5  § 3161(h)(7)(B)(iv) to provide the reasonable time necessary for his counsel's effective preparation,
6  taking into account the exercise of due diligence, and for continuity of counsel.

7  The parties further represent to the Court that, while they have received a draft of the pre-plea
8  Criminal History Only Pre-Sentence Report, there appears to be at least one issue in that report that must
9  be discussed and resolved with the Probation Officer before the parties can effectively complete plea
10 negotiations.

11 Based on the above, the parties jointly request that the Court find that the ends of justice served
12 by excluding from the otherwise applicable Speedy Trial Act calculation the period from February 18,
13 2014 through and including March 18, 2014 outweigh the best interests of the public and the defendant
14 in a speedy trial, and that failure to grant the requested continuance would unreasonably deny defense
15 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
16 diligence, and would unreasonably deny the defendant continuity of counsel.  18 U.S.C. § 3161(h)(7)(A)
17 & (B)(iv).

18 IT IS SO STIPULATED.

20 DATED: February 12, 2014                              /S/
                                                        MICHAEL GAINES
21                                                      COUNSEL FOR THE DEFENDANT

23 DATED: February 12, 2014                              /S/
                                                        ANDREW M. SCOBLE
24                                                      ASSISTANT U.S. ATTORNEY

26                         [~~PROPOSED~~] ORDER EXCLUDING TIME

27 Based upon the above stipulation, and for good cause, THE COURT FINDS THAT the ends of
28 justice served by granting a continuance from February 18, 2014 through and including March 18, 2014

STIP AND [PROPOSED] ORDER                         2
CR 12-0628 RS

outweigh the best interests of the public and the defendant in a speedy trial.  THE COURT FURTHER FINDS THAT failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would unreasonably deny the defendant continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. The status hearing in this case (currently scheduled for February 18, 2014) is continued to March 18, 2014 at 2:30 p.m.

2. The period from February 18, 2014 through and including March 18, 2014 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 2/13/14

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE