UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

                    Plaintiff,

        v.

JOHNSON,

                    Defendant.

Case No.  12-cr-00628-RS-1

**ORDER TO SHOW CAUSE**

Curtis Lee Johnson, Jr. moves to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, arguing the sentence he received is unconstitutional under *Johnson v. United States*, 135 S. Ct. 2551 (2015).  His claim appears colorable and merits an answer from the government.  The parties are therefore ordered to meet and confer and to submit a proposed briefing schedule within the next twenty-one days.

**IT IS SO ORDERED**.

Dated:  July 22, 2016

RICHARD SEEBORG
United States District Judge