IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>CURTIS LEE JOHNSON,<br><br>            Defendant. | CR 12-00628 RS<br><br>**[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE** |

      Based on the stipulation of the parties, the Court hereby adopts the following briefing schedule agreed to by the parties addressing the merits of Mr. Johnson's claims:

      **August 31, 2016**: Government's deadline to file a Response

      **September 8, 2016**: Mr. Johnson's deadline to file a Traverse

      IT IS SO ORDERED.

 8/12/16  
DATED                               HONORABLE RICHARD SEEBORG  
                                      United States District Judge